UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM F. SEVERINO III, | |
| Plaintiff, | Civil Action No. 16-4707 (MAS) (LHG) |
| v. | **MEMORANDUM ORDER ON APPLICATION TO PROCEED** |
| BOROUGH OF SAYREVILLE, et al., | **WITHOUT PREPAYMENT OF FEES** |
| Defendants. | |

This matter comes before the Court on the application of Plaintiff William F. Severino III ("Plaintiff") to proceed without prepayment of fees under 28 U.S.C. § 1915. (ECF No. 1-3.) Because Plaintiff's application does not provide the information necessary for the Court to determine whether Plaintiff is economically eligible to proceed *in forma pauperis*, the Court denies Plaintiff's application for indigence without prejudice. Accordingly,

IT IS, on this 4th day of August 2016, **ORDERED** that:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 1-3) is DENIED;

2. Plaintiff may refile an application to proceed *in forma pauperis* using the current application form, which is available at http://www.njd.uscourts.gov/forms/all-forms/non_prisoner ; and

3. If Plaintiff does not refile an application to proceed *in forma pauperis* by **August 22, 2016**, the Clerk of the Court is ordered to close this case.

/s/ Michael A. Shipp
MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE